CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

HYUNSUK ALBERT CHANG (SBN: 206270)
albertchang@aclawfirm.net
MARIAM ALAMI SAQEBI (SBN: 312972)
mariam.saqebi@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787
Attorneys for Defendants
Bon Il Koo and Young Hee

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>     Plaintiff,<br><br>  v.<br><br>BON IL KOO;<br>YOUNG HEE KOO KO;and Does 1-10,<br><br>     Defendants. | Case: 2:18-CV-02415-R-MRW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 13, 2018     CENTER FOR DISABILITY ACCESS

                                          By:   /s/ Phyl Grace
                                                     Phyl Grace
                                                     Attorneys for Plaintiff

Dated: September 13, 2018     LAW OFFICES OF ALBERT CHANG

                                          By:   /s/ Mariam Alami Saqebi
                                                     Hyunsuk Albert Chang
                                                     Mariam Alami Saqebi
                                                     Attorneys for Defendants
                                                     Bon Il Koo and Young Hee

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Mariam Alami Saqebi, counsel for Bon Il Koo and Young Hee, and that I have obtained Ms. Saqebi's authorization to affix her electronic signature to this document.

Dated: September 13, 2018        CENTER FOR DISABILITY ACCESS


          By: /s/ Phyl Grace
             Phyl Grace
             Attorneys for Plaintiff